# United States Court of Appeals
## For the First Circuit

No. 01-2245

HAAS ELECTRIC, INC.,

Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent.

ERRATA SHEET

The opinion of the Court issued on August 7, 2002, is amended as follows:

On page 2, line 2, change "June 2, 1992" to "January 2, 1992"